UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JEFFREY MUNAFO, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   2:17-cv-00430-JCN |
| v. | ) |
| | ) |
| HANNAH S. ALESSI, et al., | ) |
| | ) |
|     Defendants | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the parties in this matter, through their respective attorneys, stipulate that all of the claims in the above captioned action be and are hereby dismissed with prejudice and without costs.

DATED:  April 17, 2019

/s/ Allison A. Economy
Allison A. Economy, Esq.
Rudman Winchell
Attorneys for Plaintiff
84 Harlow Street - P.O. Box 1401
Bangor, Maine 04402-1401

/s/ L. John Topchik
L. John Topchik, Esq.
Law Offices of John B. Schulte
Attorneys for Defendants Pave-Tek Corp. and
William M. Lambert
511 Congress St., Ste. 805
Portland, ME 04101

/s/ Laura Maher
Laura Maher, Esq.
Monaghan Leahy, LLP
Attorneys for Defendant Hannah Alessi
95 Exchange St. PO Box 7046
Portland, ME 04112

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 17, 2019, I electronically filed this Stipulation of Dismissal with the Clerk of Court through the CM/ECF system which sends notification of such filings to the parties of record.

      Date:  April 17, 2019

                                                /s/ Allison A. Economy, Esq.
                                                **Allison A. Economy, Esq. ~ Bar #5336**